# UNITED STATES FEDERAL COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, A Minnesota Corporation; BIG STRIKE, LLC, individually and d/b/a "3Hearts," a California Limited Liability Company; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:19-cv-05286-AB-PLA<br>*Hon. André Birotte, Jr. Presiding*<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

*/s/ Paul L. Abrams*

DATED: _____February 20___, 2020    _____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE